Signed: June 12, 2010

**SO ORDERED**



_Paul Mannes_
**PAUL MANNES**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANK   
FOR THE DISTRICT OF MARYLAND

IN RE:

| | |
|---|---|
| DOVIA THOMAS | * CASE NO.  09-29160 |
| Debtor/Movant | * |
| v. | * |
| ONE WEST BANK, FSB | * CHAPTER 13 |
| Respondent | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING MOTION TO AVOID LIEN

Having considered debtor's Amended Motion To Avoid Lien, and any response filed thereto, and it appearing that proper notice has been given, pursuant to U.S C. § 506 and for the reasons set forth in the case of Johnson v. Asset Management Group, LLC, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court For the District of Maryland,

ORDERED, that the claim of Respondent be and is hereby deemed wholly unsecured.

ORDERED, that at such time as a Discharge Order is entered pursuant to 11 U.S.C. § 1328 in this case, the lien held in favor of Respondent on debtor's real

property described as:  12705 Live Oak Place, Upper Marlboro, Maryland, 20772, shall

be void, and it is further

ORDERED, that the claim of Respondent herein shall be treated as a

general unsecured claim under the debtor's plan.


Cc:   Trustee and U.S. Trustee
      Debtor and Debtor's Attorney
      Mick Rizzo, Vice President
      Corporation Trust
       Kevin Feig, Attorney for One West Bank



END OF ORDER